```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 53252
   RICHARD R ARWAY
   DOROTHY M ARWAY                            CHAPTER 13

                                              JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-8499    SSN XXX-XX-5254
```

---
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/13/05 and confirmed on 02/03/06.

   2.  The case was dismissed after confirmation, 08/10/2007.

   3.  The Debtor paid a total of $ 13300.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | 4336.91 | .00 | 4336.91 |
| CITIFINANCIAL MORTGAGE | SECURED | .00 | .00 | .00 |
| CITIFINANCIAL MORTGAGE | MORTGAGE ARRE | 2059.55 | .00 | 2059.55 |
| ILLINOIS DEPT REVENUE | PRIORITY | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 9626.40 | .00 | 1414.64 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 972.95 | .00 | 142.98 |
| CAPITAL ONE BANK | UNSECURED | 1408.19 | .00 | 206.93 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3472.50 | .00 | 510.30 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| B FIRST LLC | UNSECURED | 4754.28 | .00 | 698.66 |
| DISCOVER BANK | UNSECURED | 2941.55 | .00 | 432.27 |
| DISCOVER BANK | UNSECURED | 5844.96 | .00 | 858.94 |
| ER SOLUTIONS INC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| FIRST REVENUE ASSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| FROST-ARNETT CO | UNSECURED | NOT FILED | .00 | .00 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| MONTGOMERY WARDS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NATIONAL ASSET RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 170.10 | .00 | 24.99 |
| NICOR GAS | UNSECURED | 203.25 | .00 | 29.86 |
| NORTHWEST COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| RISK MANAGEMENT ALT INC | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 232.50 | .00 | 34.17 |

```
SIMM ASSOCIATES INC         UNSECURED      NOT FILED              .00           .00
ECAST SETTLEMENT CORPORA    UNSECURED         643.91              .00         94.62
WEST SUBURBAN PROFESSION    UNSECURED      NOT FILED              .00           .00
WORLD FINANCIAL NETWORK     UNSECURED         365.48              .00         53.71
BECKET & LEE LLP            UNSECURED         611.75              .00         89.90
BECKET & LEE LLP            UNSECURED        1015.30              .00        149.21
     Summary of disbursements:
------------------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   6396.46          .00     32263.12         .00       38659.58
PRINCIPAL PAID       6396.46          .00      4741.18         .00       11137.64
INTEREST PAID            .00          .00           .00         .00            .00
TOTAL PAID           6396.46          .00      4741.18         .00       11137.64
```

The Debtor's attorney, RICHARD S BASS                 , was allowed $   2600.00
and was paid $   1001.00   direct and $   1599.00   through the plan.

The Trustee received $    563.36 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 11/15/07                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                             PAGE   2
         CASE NO. 05 B 53252 RICHARD R ARWAY & DOROTHY M ARWAY